UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| WENDY G. CARROLL, Administrator of the ) <br> Estate of Thomas Anthony Carroll, deceased, ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> OAKLEY TRUCKING, INC., and ) <br> THAT AUSTIN PITTMAN, ) <br> Defendants. ) | **JUDGMENT** <br><br> No. 5:17-CV-357-BR |

**Decision by Court.**

This action was tried in a non-jury trial before the Honorable W. Earl Britt, Senior United States District Judge, and this Court finds as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that Oakley is liable for defendant Pittman's negligence. Carroll was not contributorily negligent in the operation of his motorcycle. The Estate of Tony Carroll have and recover from Thad Pittman and Oakley Trucking, Inc., jointly and severally, the amount of $1,551,767.

This Judgment Filed and Entered on December 10, 2018 with service on:

Guy W. Crabtree (via Cm/ECF Notice of Electronic Filing)
Kristina Kathryn Brown (via Cm/ECF Notice of Electronic Filing)
Leonard T. Jernigan, Jr. (via Cm/ECF Notice of Electronic Filing)
James W. Bryan (via Cm/ECF Notice of Electronic Filing)
Jonathan W. Massell (via Cm/ECF Notice of Electronic Filing)

Date: December 10, 2018

PETER A. MOORE, JR., CLERK

Susan K. Edwards, Deputy Clerk