UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
File No. 5:17-CV-00357

WENDY G. CARROLL, ADMINISTRATOR OF THE ESTATE OF THOMAS ANTHONY CARROLL, DECEASED,

Plaintiff,

vs.

OAKLEY TRUCKING, INC., AND THAD AUSTIN PITTMAN,

Defendants.

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff Wendy G. Carroll, Administrator of the Estate of Thomas Anthony Carroll, Deceased and Defendants Oakley Trucking, Inc. and Thad Austin Pittman, by and through their respective undersigned counsel, hereby stipulate and agree pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that Plaintiff hereby voluntarily dismisses with prejudice its Complaint against Defendants in this civil action. Plaintiff and Defendants shall bear their own respective costs.

Respectfully submitted this the 30th day of December, 2019.

/s/ James W. Bryan
James W. Bryan
N.C. State Bar No. 16575
jbryan@nexsenpruet.com
Jonathan W. Massell
N.C. State Bar No. 46235
jmassell@nexsenpruet.com
*Counsel for Defendants*

1

/s/ Guy W. Crabtree
Guy W. Crabtree
N.C. State Bar No. 8234
Crabtree Carpenter, PLLC
1011 Broad Street
Durham, North Carolina 27705
Telephone: (919) 682-9691
Facsimile: (919) 688-9107
Email: GWC@cccattorneys.com

/s/ Leonard T. Jernigan, Jr.
Leonard T. Jernigan, Jr.
N.C. State Bar No. 7180
The Jernigan Law Firm
3105 Glenwood Avenue, Suite 300
Raleigh, North Carolina 27612
Telephone: (919) 833-0299
Facsimile: (919) 256-2595
Email: ltj@jernlaw.com
*Counsel for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2019 I electronically filed the foregoing **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following attorneys:

Guy W. Crabtree
Crabtree Carpenter, PLLC
1011 Broad Street
Durham, North Carolina 27705
GWC@cccattorneys.com

Leonard T. Jernigan, Jr.
The Jernigan Law Firm
3105 Glenwood Avenue, Suite 300
Raleigh, North Carolina 27612
ltj@jernlaw.com

*Attorneys for Plaintiff*

                                        /s/ James W. Bryan
                                        James W. Bryan